No. 8741. THE COLUMBIAN COMPANY, a Minnesota Corporation, PLAINTIFF & RESPONDENT, *v.* YELLOWSTONE COUNTY & ORVILLE C. BERRY, as Treasurer, DEFENDANTS & APPELLANTS.

Pursuant to stipulation, it is hereby ordered that the appeal be, and the same is hereby dismissed.

Done this *11th day of September,* 1947.

Attorneys for Appellants: *Melvin N. Hoiness,* County Attorney, Billings, *E. E. Collins,* Billings, *Charles B. Sande,* Billings.

Attorneys for Respondent: *Rockwood Brown,* Billings, *Horace S. Davis,* Billings, *Marion B. Porter,* Billings, *Norman E. Hanson,* Billings.

No. 8781. STATE OF MONTANA EX REL. LEONARD CRISAFULLI, J. CRISAFULLI & SON, PETITIONERS & PLAINTIFFS, *v.* DISTRICT COURT, DAWSON COUNTY, ET AL., RESPONDENTS & DEFENDANTS.

Order of the Court was this day handed down in open Court. It is ordered that the petition for an alternative writ of supervisory control herein be and the same is denied. Hugh Adair, Chief Justice; I. W. Choate, Fred L. Gibson, Albert H. Angstman, Lee Metcalf, Associate Justices.

Done this *16th day of October, 1947.*

Attorneys for Petitioners: *H. C. Crippen,* Billings, *Desmond J. O'Neill,* Glendive.

Attorney for Respondents: *Merle C. Groene,* Billings.